UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:08-cr-27 |
| vs. | ) | |
| | ) | JUDGE MATTICE |
| HUGO MARTINEZ-REYES | ) | MAGISTRATE JUDGE CARTER |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of defendant HUGO MARTINEZ-REYES on the indictment returned by the Grand Jury was held before the undersigned on March 12, 2008.

Those present for the hearing included:

(1) AUSA Gary Humble for the USA.
(2) Defendant HUGO MARTINEZ-REYES.
(3) Atty. Graham Swafford for defendant.
(4) Courtroom Deputy Kelli Brown.
(5) Spanish Interpreter Marie Virginia Diconiby by telephone.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded under the 5th Amendment to the United States Constitution. The person present was the defendant named in the indictment.

The defendant acknowledged having been provided with a copy of the indictment. The indictment was read in open court and the defendant entered not guilty pleas to each count of the indictment.

Presently, the case is assigned the dates set forth in a separate Discovery and Scheduling Order.

ENTER.

Dated:  March 12, 2008

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE